UNITED STATES DISTRICT COURT
EASTERN DISRICT OF PENNSYLVANIA

| | |
|---|---|
| RON JOHNSON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-cv-03895 |
| | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF MUTUAL DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. of Civ. P. 41(a), Plaintiff Ron Johnson and NCO Financial Systems, Inc. hereby stipulate to the dismissal, without prejudice, of all claims asserted herein.

Each party shall bear its own costs and attorney fees in connection with this action.

Respectfully submitted, this 22nd day of September, 2011

                                                                                         /s/ Daniel P. Hartstein
                                                    Daniel P. Hartstein
                                                    LibertyView
                                                    457 Haddonfield Rd., Suite 310
                                                    Cherry Hill, NJ 08002
                                                    (856) 910-8900
                                                    danhartstein@verizon.net

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(770) 414-1002
alex@fdcpalawyeronline.com

[ELECTRONIC SIGNATURES CONTINUED ON FOLLOWING PAGE]

          SESSIONS, FISHMAN, NATHAN & ISRAEL

          */s/ Aaron R. Easley*
          Aaron R. Easley
          200 Route 31 North
          Suite 203
          Flemington, NJ 08822
          (Telephone) (908)751-5940
          (Fax) (908)751-5944
          aeasley@sessions-law.biz